Lindsey Sabec, OR Bar No. 064958
Movant to Appear *Pro Hac Vice*
BARKER MARTIN, P.S.
1500 SW First Avenue, Suite 980
Portland, OR 97201
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# JACKSONVILLE DIVISION

| | |
|---|---|
| VERANO HOMEOWNERS ASSOCIATION, INC., a Florida non-profit corporation, | Case No.: 3:18-CV-1119-J-34JRK |
| Plaintiffs,<br>v. | **MOTION TO APPEAR PRO HAC VICE** |
| BEAZER HOMES CORP., a foreign corporation; BEAZER HOMES LLC f/k/a BEAZER HOMES CORP., a foreign corporation, | |
| Defendants.<br>BEAZER HOMES CORP., a foreign corporation; BEAZER HOMES, LLC f/k/a BEAZER HOMES CORP., a foreign limited liability company; | |
| Third-Party Plaintiffs,<br>vs. | |
| ADMIRAL WINDOWS & DOORS, INC., a Florida corporation; BILL THROWER CO., INC., a Florida corporation; CKS MASONRY & CONCRETE, INC., a Florida corporation; COASTAL VIEW WINDOWS & DOORS, INC., a Florida corporation; FIRST COAST CONTRACTORS, INC., a Florida corporation; GUTHMILLER & ASSOCIATES, INC. d/b/a FIRST COAST RAIN-GUARD, a Florida corporation; BUILDERS SERVICES GROUP, INC. | |

1

| | |
|---|---|
| d/b/a GALE INSULATION, a Florida corporation; HENRY'S COATING, INC., a Florida corporation; HUGH MACDONALD CONSTRUCTION, INC., a Florida corporation; JTM CONCRETE, INC., a Georgia corporation; MARCO HEATIG & AIR, INC., a Florida corporation; NORTH FLORIDA FRAMING, INC., a Florida corporation; PKC ROOFING, INC. d/b/a WAYNE'S ROOFING AND SHEET METAL, a Florida corporation; RANEY CONSTRUCTION, INC., a Florida corporation; TAURUS PAINTING, INC., a Florida corporation; THE HAGERTY COMPANY, INC., a Florida corporation; W.W. PLASTERING, INC. a Florida corporation; WEATHERBARRIERS UNLIMITED, LLC, a Florida limited liability company,<br><br>       Third-Party Defendants. | |

## MOTION TO APPEAR PRO HAC VICE

Comes now Lindsey Sabec, Movant herein, and respectfully represents the following:

1.    Movant resides in Portland, Oregon. Movant is not a resident of the State of Florida.

2.    Movant is an attorney of the law firm of Barker Martin, P.S., with offices located at 701 Pike Street, Suite 1150, Seattle, Washington, 98101, telephone (206) 381-9806 and at 1500 SW First Avenue, Suite 980, Portland, Oregon, 97201, telephone (503) 796-9806.

3.    Barker Martin, P.S., of which Movant is a member, was retained on March 14, 2018 by the Verano Homeowners Association, Inc., to provide legal representation in

2

connection with the above-styled matter now pending before the United States District Court Middle District of Florida Jacksonville Division.

4. Movant is an active member in good standing and currently eligible to practice law in the following jurisdictions:

    a. Oregon                   Bar No. 064958

    b. United States District Court District of Oregon

5. There are no disciplinary proceedings pending against Movant.

6. Within the past five (5) years, Movant has not been subject to any disciplinary proceedings.

7. Movant has never been subject to any suspension proceedings.

8. Movant has never been subject to any disbarment proceedings.

9. Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

10. Movant is not an active member of The Florida Bar.

11. Movant is not a suspended member of The Florida Bar.

12. Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation from The Florida Bar.

13. Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of Judicial Administration 2.510.

14. Movant filed motion(s) to appear as counsel in Florida courts during the past five (5) years in the following matter: 17-CA-001576.

15. Local counsel of record associated with Movant in this matter is Daniel Webert (FL Bar No. 110110) of Barker Martin, P.S. and Dara Lahav (FL Bar No. 50808) of Garfinkel Whynot, P.A., who is are active members in good standing of the Florida Bar and are admitted to practice in the United States District Court Middle District of Florida Orlando Division.

WHEREFORE, Movant respectfully requests permission to appear in this court for this case only.

Dated June 18, 2020.  BARKER MARTIN, P. S.

By:  */s/ Lindsey Sabec*
**Lindsey Sabec,** OR Bar No. 064958
Movant to Appear *Pro Hac Vice*
BARKER MARTIN, P. S.
1500 SW First Avenue, Suite 980
Portland, OR 97201
Telephone:   (503) 796-9806
Facsimile:   (503) 796-9807
E-Mail:   lsabec@barkermartin.com

## **CERTIFICATE OF SERVICE**

On this 18 day of June, 2020, I hereby certify that I electronically served the foregoing on all parties.

By:  */s/ Daniel Webert*